UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK SHIN,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>ICON FOUNDATION,<br><br>   Defendant - Appellee, | No. 24-7371<br><br>D.C. No. 3:20-cv-07363-WHO<br>Northern District of California,<br>San Francisco<br><br>NOTICE OF ORDER GRANTING RELIEF FROM AUTOMATIC STAY IN BANKRUPTCY CASE |

  Appellee, the ICON Foundation (the "Foundation"), hereby provides notice to the Court and all parties of record that, on January 21, 2025, the U.S. Bankruptcy Court for the District of Colorado (the "Bankruptcy Court") entered its *Order Granting Motion for Relief from the Automatic Stay* (the "Order"), granting the Foundation relief from the automatic stay imposed by 11 U.S.C. § 362 upon commencement of the bankruptcy case filed by Appellant Mark Shin entitled *In re Mark Minsuk Shin* (Bankr. D. Colo., Case No. 24-17024-KHT). A true and correct copy of the Bankruptcy Court's Order is attached hereto as **Exhibit A**. Based on such order, the Foundation respectfully requests that this Court reinstate this action and set a new briefing schedule and take such further actions as are necessary to

advance the case toward resolution.

Dated: January 22, 2025        MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Christopher L. Wanger*
       Christopher L. Wanger

*Attorneys for Appellee, ICON Foundation*

# EXHIBIT A

Case: 24-7371, 01/22/2025, DktEntry: 10.1, Page 3 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>MARK MINSUK SHIN,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-17024-KHT |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER comes before the Court on the *Motion for Relief from the Automatic Stay under 11 U.S.C. § 362(d)* ("Motion")[1] filed by filed by the ICON Foundation ("ICON"), and upon the record and the file in the case, including due notice given, and after due deliberation and good cause shown, and any objections to the Motion being withdrawn or overruled, the Court:

ORDERS that the Motion is GRANTED; ICON is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to allow the case styled *Shin v. ICON Foundation*, U.S.D.C. N.D. Cal. Case No. 3:20-cv-07363-WHO to proceed to final judgment, which shall include resolution of ICON's pending motion for attorney's fees, and to allow all related appeals from the judgment, including the appeal in *Shin v. ICON Foundation*, U.S.C.A. 9th Cir. Case No. 24-7371, to be resolved by the Ninth Circuit, and any subsequent proceedings.

Dated: January 21, 2025

BY THE COURT:

*/s/ Kimberley H. Tyson*

Hon. Kimberley H. Tyson
Chief United States Bankruptcy Judge

---

[1] Capitalized terms are defined as set forth in the Motion.