UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARK SHIN,

    Plaintiff - Appellant,

 v.

ICON FOUNDATION,

    Defendant - Appellee,

----------------------------------------

ELLEN LONDON,

    Receiver - Appellee.

No. 24-7371

D.C. No.
3:20-cv-07363-WHO
Northern District of California,
San Francisco

ORDER

The court has received the status report at Docket Entry No. 10. This appeal is reopened.

Proceedings in this court are stayed until the district court rules on the timely tolling motion filed on November 25, 2024, and re-filed on January 22, 2025. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT